**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597, *et al.* | ) ) ) | CASE NO. 10-CV-7891 |
| Plaintiffs, | ) ) | JUDGE: DOW |
| vs. | ) ) ) | MAGISTRATE JUDGE: COLE |
| MICHAEL WOJCIECHOWSKI, an Individual, ONE SOURCE UNITED MECHANICAL, LLC d/b/a UBM MECHANICAL SERVICES, an Illinois Limited Liability Company, and ENHANCED AIR SOLUTIONS, INC., an Illinois Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTION**

TO: **Mr. Michael Wojciechowski**
407 Belmont Lane
Bartlett, Illinois 60103-8958

PLEASE TAKE NOTICE that on **Thursday, April 21, 2011,** I shall appear before the Honorable Magistrate Judge Cole at approximately **8:30 a.m. in Courtroom 1838**, or any Judge in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion to Compel Answers to Interrogatories.**

                                                  Respectfully submitted,

                                        By: /s/ Jeffrey A. Krol - 6300262
                                              One of Plaintiffs' Attorneys

JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL 60606
(312) 372-8587

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 18, 2011, he served a copy of the above Amended Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail and electronic mail to anyone listed below that is unable to accept electronic filing at the addresses below and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

                              By:   /s/ Jeffrey A. Krol - 6300262
                                    One of Plaintiffs' Attorneys

**Mr. Michael Wojciechowski**
407 Belmont Lane
Bartlett, Illinois 60103-8958
Email: mwojo@sbcglobal.net