UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

| | |
|---|---|
| Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:10−cv−07891 Honorable Robert M. Dow Jr. |
| Raul Romero, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2011:

MINUTE entry before Honorable Jeffrey Cole: Settlement conference held. The parties have reached a settlement agreement, contingent on a contingency which, along with the material terms of the agreement were placed on the record. The parties agreed that there was a binding settlement agreement today and that contract formation was not contingent upon a later written agreement, but was only contingent upon the plaintiffs providing proof of certain credits being applied. See Loop Paper Recycling, Inc. v. JC Horizon Ltd., 2010 WL 1655254, 13 (N.D.Ill. 2010). The parties have consented to jurisdiction here. Status hearing set for 11/15/2011 at 8:30 a.m. If the parties are satisfied that the proof that the plaintiff is to provide to the defendant is sufficient, counsel shall contact my chambers (312−435−5601), and the status hearing will be stricken and an order dismissing the case with prejudice with each party to bear their own costs and fees. The court wants to express its appreciation for the flexibility and professionalism by all concerned. Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.