UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

| | |
|---|---|
| Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al.<br><br>            Plaintiff,<br><br>v.<br><br>Raul Romero, et al.<br><br>            Defendant. | Case No.:<br>1:10–cv–07891<br><br>Honorable Jeffrey Cole |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 14, 2011:

  MINUTE entry before Honorable Jeffrey Cole: Pursuant to the Agreed Order of Dismissal, this case is dismissed without prejudice. The plaintiffs may file a motion to reinstate and/or for final judgment on or before 4/20/2012. Upon the defendant providing the Court with proof of payment, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court. In the event the plaintiffs failed to file a motion to reinstate and/or for final judgment on or before 4/20/2012, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court. Enter Agreed Order of Dismissal. All pending dates and/or motions are hereby stricken as moot. Civil case terminated. Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.