IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597, *et al.* ) | CASE NO. 10-CV-7891 |
| Plaintiffs, ) | |
| vs. ) | MAGISTRATE JUDGE: COLE |
| ONE SOURCE UNITED MECHANICAL, LLC d/b/a UBM MECHANICAL SERVICES, an Illinois Limited Liability Company, and ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The Parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1. This case is dismissed without prejudice.
2. The Plaintiffs may file a Motion to Reinstate and/or for Final Judgment on or before April 20, 2012.
3. Upon the Defendant providing the Court with proof of payment, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court.
4. In the event the Plaintiffs failed to file a Motion to Reinstate and/or for Final Judgment on or before April 20, 2012, the case shall be deemed dismissed with prejudice on the next business day without further order of the Court.

ORDERED BY:

_____
MAGISTRATE JUDGE COLE
Dated: 11/14/11

Agreed and So Stipulated:

_____   11/14/11
One of Plaintiffs' Attorneys       Date

_____   11/14/11
One of Defendant's Attorneys       Date